UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:06CV00578 AGF ) |
| SLAY PLUMBING COMPANY, LLC, a Missouri limited liability company d/b/a Slay Plumbing Company, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon Defendant **SLAY PLUMBING COMPANY, LLC, a Missouri limited liability company d/b/a Slay Plumbing Company**, on **April 19, 2006**, showing service on **April 6, 2006**.

**IT IS HEREBY ORDERED** that Plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 8th day of May, 2006.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE